IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

HA NASI SALUT VAYI YISRAEL,
formerly known as
Keith Kennard Carter
        Plaintiff,
    v.                                   **Judgment in a Civil Case**
CHAPLAIN YVONNE BEASLEY;
CHAPLAIN M. BULLOCK, SR.; ROBERT
C. LEWIS; BETTY BROWN; JACKIE
PARKER; G. J. BRANKER; JIMMIE
BINFORD; and CHAPLAIN SPEERS;
        Defendants.                Case Number: 5:08-CT-3079-H

**Decision by Court.**

This action came before the Honorable Malcolm J. Howard, Senior United States District Judge, for an evidentiary hearing.

**IT IS ORDERED AND ADJUDGED** that the court GRANTS summary judgment to defendants on all of plaintiff's claims and this action is hereby dismissed.

This Judgment Filed and Entered on September 20, 2012, with service on:
Ha Nasi Salut Vayi Yisrael, 0842642, Central Prison, 1300 Western Blvd., Raleigh, NC 27606 (via U.S. Mail)
Kimberly D. Grande and Oliver G. Wheeler (via CM/ECF Notice of Electronic Filing)

September 20, 2012                              /s/ Julie A. Richards
                                                  Clerk

Raleigh, North Carolina